UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

CATHY PEREZ,

    Plaintiff,

v.

VERIZON, MET LIFE and UNUM
INSURANCE COMPANY OF AMERICA,

    Defendant.
_____

Honorable Madeline Cox Arleo

Civil Action No. 04-5247 (JAP)

**REPORT AND RECOMMENDATION**

**THIS MATTER** having come before the Court upon the motion of defendants to enforce a Settlement Agreement, (McElroy, Deutsch, Mulvaney & Carpenter, Steven P. DelMauro, Esq. appearing), and the cross motion of plaintiff to vacate the Court's May 24, 2005 Dismissal Order (Susan L. Adler, Esq., appearing), and the Court having considered the briefs and affidavits in support of an in opposition to the motions and heard the argument of counsel and the oral testimony of plaintiff Cathy Perez, and for the reasons set forth on the record on April 13, 2006, and for good cause shown;

    **IT IS** on this 21st day of April 2006,

    **RECOMMENDED THAT** defendants' motion to enforce the settlement be granted and plaintiff's cross motion to vacate the Dismissal Order be denied.  This case is closed.

    The parties have ten (10) days to file any objections.

                                            *s/Madeline Cox Arleo*
                                            MADELINE COX ARLEO
                                            United States Magistrate Judge

cc:    Hon. Joel A. Pisano, U.S.D.J.
        All Parties
        File